97–1231.   State ex rel. Tubbs Jones v. Suster.
In Prohibition.   Reported at 84 Ohio St.3d 70, 701 N.E.2d 1002.   On motion for reconsideration.   The motion fails for want of four votes on the following vote:

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., vote no.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., vote yes.

PFEIFER, J., not participating.